TO: U.S. Court of Appeals for the Federal Circuit

From: Stephen Marin

Subject: Notice of Correction

On July 25, 2024, I mistakenly uploaded the wrong **Opening Brief (Initial informal briefing),** that was not signed by me. I uploaded the correct **Opening Brief (Initial informal briefing),** which is signed by me. Can you please make sure this correction is made.

Thank you,

*[signature: Stephen Marin]*

Stephen Marin